NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH LAMAR,                            )
                                         )
            Appellant,                   )
                                         )
v.                                       )   Case No. 2D19-1579
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____  )

Opinion filed September 18, 2020.

Appeal from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Jonathan R. Saunders, Clearwater, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.